736

[No. 28113. *En Banc*. January 20, 1942.]

L. ROMANO ENGINEERING CORPORATION, *Respondent*, v. THE STATE OF WASHINGTON, *Appellant*.[1]

*The Attorney General, P. H. Winston, John E. Belcher,* and *L. C. Brodbeck, Assistants,* for appellant.

*Rummens & Griffin,* for respondent.

## ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, the court adheres to the Departmental opinion heretofore filed herein, and reported in 8 Wn. (2d) 670, 113 P. (2d) 549.

MILLARD, J., dissents.